UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
RENÉE GOLDBRUM,

Plaintiff,

v.

**ORDER**

SHOFU DENTAL CORPORATION, et al.,

26-CV-04179 (PMH)

Defendants.
--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On or about April 6, 2026, Renée Goldbrum ("Plaintiff") commenced an action in the Supreme Court of the State of New York, County of Westchester (Index No. 61313/2026, the "Underlying Action"), against Shofu Dental Corporation, Michael Gainsburg, and Carmela Schaefer ("Defendants") by the filing of a Summons with Notice. (Doc. 1, "Not. of Removal" ¶ 1; Doc. 2; "Summons with Notice"). Defendants were served with the Summons with Notice on April 24, 2026. (Not. of Removal ¶ 2).

On May 19, 2026, Defendants removed this action from State Court pursuant to 28 U.S.C. §§ 1441 and 1446. (Not. of Removal ¶ 8). Defendants allege in the Notice of Removal that this Court has jurisdiction under 28 U.S.C. § 1332 on the grounds that Plaintiff's Summons with Notice announced that she would be asserting claims of "gender discrimination, failure to promote, hostile work environment, retaliation, disability discrimination, failure to accommodate, failure to engage in the interactive process, and aiding and abetting discrimination in violation of the New York State Human Rights Law, N.Y. Exec. Law § 290 *et seq*." (*Id.* ¶¶ 6, 9-16; *see also* Summons with Notice).

To date, Plaintiff has not filed a motion to remand, *see* 28 U.S.C. § 1447(c), nor has she filed a complaint on this docket, despite Plaintiff's counsel filing notices of appearance on June 10, 2026. (Docs. 7, 8). There have been no filings on the docket since June 10, 2026.

Accordingly, Plaintiff is directed to file and serve the complaint on Defendants on or before August 6, 2026. Failure to strictly comply with this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: White Plains, New York
July 23, 2026

Philip M. Halpern
United States District Judge